UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| DALE J. MONTPELIER, SR., | ) |
| Plaintiff, | ) |
| v. | ) No.: 3:23-CV-1-KAC-DCP |
| JOHN & JANE DOE, | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

This case is before the Court on Plaintiff's "Motion for Voluntary Dismissal" [Doc. 7]. In that motion, Plaintiff "respectfully moves the Court to dismiss this case" pursuant to Federal Rule of Civil Procedure 41(a)(2) [Doc. 7 at 1]. Plaintiff states that his "social media account that was summarily closed," which was at the heart of this federal action, has "been restored and re-activated" [*Id.*]. As "a result, [Plaintiff] has not suffered sufficient damages to warrant the considerable time and effort that would be required to litigate this case" [*Id.*]. Therefore, "Plaintiff prays that the Court dismiss this case without prejudice" [*Id.*].

Under Federal Rule of Civil Procedure 41(a)(2), "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2). Plaintiff asks the Court to dismiss his case without prejudice [Doc. 7 at 1]. Plaintiff has not yet identified an individual Defendant in this case and no Defendant has been served [*See* Doc. 1 at 2-3]. Therefore, dismissal without prejudice is just and appropriate. Accordingly, the Court **GRANTS** Plaintiff's "Motion for Voluntary Dismissal" [Doc. 7]. The Court **DISMISSES** this action **WITHOUT PREJUDICE**. An appropriate judgment shall enter.

IT IS SO ORDERED.

                                         s/ Katherine A. Crytzer
                                         KATHERINE A. CRYTZER
                                         United States District Judge