UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| DALE J. MONTPELIER, SR., | ) |
| Plaintiff, | ) ) ) |
| v. | ) No.: 3:23-CV-1-KAC-DCP ) |
| JOHN & JANE DOE, | ) ) |
| Defendant. | ) |

## JUDGMENT

In the Order of Dismissal [Doc. 8], the Court **DISMISSED** Plaintiff's claims against Defendant without prejudice under Federal Rule of Civil Procedure 41(a)(2). The Court **DIRECTS** the Clerk to close this case.

**SO ORDERED**.

s/ Katherine A. Crytzer
KATHERINE A. CRYTZER
United States District Judge

ENTERED AS A JUDGMENT:
*s/ LeAnna R. Wilson*
CLERK OF COURT